**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-CR-20551-MOORE

UNITED STATES OF AMERICA,

vs.

KEITH ALLEN COLVIN,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

**THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required by law with respect to any and all violations of Supervised Release as to Defendant Keith Allen Colvin (ECF No. 37).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 42). Counsel represented that Mr. Colvin intended to admit certain violations (Nos. 1, 2 and 5). Government counsel proffered that no evidence would be advanced in support of the remaining violations (Nos. 3 and 4).

Following the hearing, Defendant, by and through appointed counsel, has filed his Notice of Admission (ECF No. 41). Defendant states his intention to admit the violations (Nos. 1, 2 and 5) charged; requests cancellation of the hearing before the undersigned; and seeks the matter to be set before Judge Moore for final revocation proceedings. The Notice reiterates that the Government will not pursue revocation on violations Nos. 3 and 4 and will request dismissal of those violations.

Accordingly, and upon Defendant's Notice, it is the recommendation of the undersigned

that the Court accept Defendant's admission of guilt and find him guilty of the three Supervised Release Violations as charged and, in light of the Government's intention not to present evidence on the remaining violations, dismiss the petition with respect to those alleged violations.

The Parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 21st day of December, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period to object herein is shortened, as Defendant has expressed his desire to appear before Judge Moore for his final revocation hearing.